

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DALE E. KLEBER, | **15cv1994** |
| Plaintiff, | **Judge Sharon Johnson Coleman** |
| | **Magistrate Mary M. Rowland** |
| v. | |
| CAREFUSION CORP., | **COMPLAINT AND** |
| | **JURY DEMAND** |
| Defendant. | |

**FILED**

MAR 0 5 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR AGE DISCRIMINATION UNDER
## THE AGE DISCRIMINATION IN EMPLOYMENT ACT

Plaintiff Dale E. Kleber ("Plaintiff" or "Mr. Kleber"), on behalf of himself, files this civil

action Complaint and Jury Demand ("Complaint") against Defendant CareFusion Corp

("Defendant"). The following allegations are based on personal knowledge as to Plaintiff's own

conduct and on information and belief as to the acts of others.

### INTRODUCTION

1.      This civil action challenges Defendant's unlawful age discrimination with respect

to its hiring policies and practices.   On March 5, 2014, the Plaintiff submitted an online

application for the "Senior Counsel, Procedural Solutions," position after seeing its

announcement on the Defendant's website. The "Qualifications" for the position included the

requirement that candidates have "3 to 7 years (no more than 7 years) of relevant legal

experience."   A true and correct copy of the job announcement for the Senior Counsel,

1

Procedural Solutions position for which Mr. Kleber applied is attached to the Complaint as Exhibit A and incorporated herein.

2. The Defendant's policy of establishing maximum years of experience for jobs, including the "Senior Counsel, Procedural Solutions," position that the Plaintiff applied for, discriminates against older workers in violation of the federal Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634. The policy is based on unfounded stereotypes and assumptions about older workers, deters older workers from applying for positions with maximum experience caps and has a disparate impact on qualified applicants over the age of 40.

3. Plaintiff brings this action seeking a declaration that Defendants' hiring policies and practices establishing maximum years-of-experience caps as eligibility criteria for positions, including the position of Senior Counsel, Procedural Solutions, violate the ADEA. Plaintiff also seeks a permanent injunction requiring that such policies and practices be eliminated. Finally, Plaintiff seeks an order requiring his instatement to the position of Senior Counsel, Procedural Solutions, or in the alternative, awarding him front and back pay for the income he would have received, as Senior Counsel, Procedural Solutions, had Defendant not abided by its discriminatory policies and practices in violation of the ADEA.

**PARTIES**

4. Plaintiff Dale E. Kleber is a 59-year-old resident of Hinsdale, Illinois who applied for the Senior Counsel, Procedural Solutions position with Defendant on March 5, 2014. Mr. Kleber received an email confirmation of his application for the Senior Counsel position on March 6, 2014 stating that if CareFusion were interested he would be contacted for an interview, which is attached to the Complaint as Exhibit B and incorporated herein. Mr. Kleber was never contacted for an interview for the CareFusion Senior Counsel, Procedural Solutions position.

5. Defendant CareFusion Corporation is a publicly traded medical device/services company with over 14,000 employees worldwide headquartered in San Diego, California. CareFusion manufactures and distributes products including medication and supply dispensing products, infusion devices, ventilators, respiratory diagnostic instruments, surgical products and instruments. Defendant maintains a business office in Vernon Hills, Illinois where the position for which Mr. Kleber applied was located.

## JURISDICTION AND VENUE

6. Because this case is brought under the ADEA, 29 U.S.C. § 621 *et seq.*, this Court has federal question jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(4).

7. Mr. Kleber's job application with Defendant was made in the Northern District of Illinois, the job with defendant that Mr. Kleber applied for was based in the Northern District of Illinois.

8. Venue is proper in the Northern District of Illinois because Plaintiff's cause of action arose within this District and Division in that a substantial part of the acts and omissions giving rise to the claims in this case occurred in this District. Venue also is proper in this District because the Defendant is subject to personal jurisdiction therein by virtue of their substantial, continuous, and systematic commercial activities in this District. *See* 28 U.S.C. § 1391(b), (c). Because the Defendant is subject to personal jurisdiction in this Division, it "resides" in this Division for venue purposes (*see* 28 U.S.C. § 1391(c)).

## FACTS

### Mr. Kleber's Prolonged Job Search

9.      Mr. Kleber is an unemployed 59- year-old attorney with extensive law-firm and in-house counsel experience.

10.     In July 2011, with only two-week's notice, Mr. Kleber involuntarily resigned from his position as the Chief Executive Officer of a national dairy trade association after receiving a 10% raise and excellent reviews three months earlier.

11.     Mr. Kleber received a three-month severance package and collected unemployment for 18 months following his separation from the association.  Since his separation, he has engaged in an active search for employment, applying for both legal and executive management positions.

12.     Initially, the legal jobs for which Mr. Kleber applied were primarily General Counsel or Division Counsel positions, since he had previously worked as the General Counsel of Dean Foods, a Fortune 500 company. However, as time passed, and he did not receive any job offers, he began to apply for progressively more junior legal in-house positions since most of his career experience has been working as an in-house legal generalist with a concentration in corporate and commercial transactions.

13.     Since, July 2011, Mr. Kleber has applied for at least 150 jobs, primarily online. Occasionally, he has also mailed letters to hiring managers.  Typically, he submits between one and two job applications per week. In response to an online application, he usually receives either no response or a form-generated email confirming his application.  In a few instances, he has received a personalized emailed response.

4

14.     To search for jobs, Mr. Kleber uses various employment-related websites and services, including Linked-In, Law-Crossing.com, the electronic job boards of the Association of Corporate Counsel, the Chicago Bar Association and the Illinois Bar Association, LawCrossing.com, LegalCareerSite.com , CareerBuilder.com, Monster.com, Indeed.com, SimplyHired.com,  IHire.com, CyberCoders.com, The Ladders.com, and others.

15.     His resume is also posted on selected web sites, including some of the above pages, which potential employers can review.

16.     After such a prolonged and frustrating job search, Mr. Kleber would be quite satisfied to work in a relatively junior-level legal position. He is motivated by his desire to be productive and provide financially for his family and is not driven to advance to the senior levels at which he served previously. However, he would be open to a promotion if offered by his employer. He would be quite willing to report to, and be supervised by, another lawyer who is younger than he is or has less legal experience.

17.     His primary purpose for seeking employment is to obtain a steady income stream to meet current living expenses and avoid the continued depletion of his savings.

18.     Mr. Kleber has been married for almost 30 years and has four children who range in age from 18 to 25, three of whom are still dependents. His two oldest children have graduated from college; the oldest is financially independent, and the second child graduated from college last May but is in the process of obtaining various teaching licenses and still lives at home. His third child is currently a sophomore in college, and his youngest child is a senior in high school and will attend college next year, so he will be faced with two tuition payments.

19.     In order to obtain health insurance, Mr. Kleber's wife returned to full-time employment approximately three years ago after being a full-time mother for most of their

marriage. She currently works as an executive assistant in a heathcare consulting firm based in downtown Chicago.

20.     Mr. Kleber is in very good health and considers himself to be a "young 59." He has no plans to retire for the foreseeable future.

### Mr. Kleber's Application for the Senior Counsel Position at CareFusion

21.     On March 5, 2014, through Defendant's website, Mr. Kleber applied for the Senior Counsel, Procedural Solutions position at Defendant's Vernon Hills, Illinois location.

22.     The job description for the Senior Counsel, Procedural Solutions position (Exhibit A) included a requirement that any applicant have "3 to 7 years (no more than 7 years) of relevant experience." Another job announcement for a position within CareFusion's legal department, Senior Counsel – Labor & Employment, which was posted on the Defendant's website at the same time the Senior Counsel, Procedural Solutions job was posted, was seeking candidates with "3-5 years (no more than 5 years) of legal experience . . . ."

23.     At approximately the same time, defendant had another advertisement on its website for the job of Senior Counsel, Labor& Employment, which included a requirement that any applicant have "no more than 5 years[] of legal experience . . . ."

24.     Although he was taken aback by a job requirement that purported to disqualify applicants with more than seven years of legal experience, Mr. Kleber still applied for the Senior Counsel, Procedural Solutions position for several reasons: First, as described in the paragraphs above, Mr. Kleber has been out of work for over three years, and there are mounting strains on his family's financial situation. Second, the position genuinely interested him. Despite the maximum years of experience requirement, the job announcement described a position that appears anything but entry-level. For example, among other expectations, the person selected

would be required to "[p]reforms special assignments or projects *without significant supervision*;" and "[a]dvise clients on *complex* business and legal transactional risks." (emphasis added). The "Qualifications" section also described a challenging position where successful candidates would be expected to have the "[a]bility to assume *complex* projects . . . and *independently manage* or assist on projects to favorable resolution or conclusion." (emphasis added). The attorney ultimately hired for the position would be expected to "work *autonomously*," and have the "ability to synthesize *complex* legal issues to essential elements for clients throughout the organization." (emphasis added). Finally, although Mr. Kleber had more than seven years of legal experience, none of that experience was in "healthcare, medical devices and/or pharmaceuticals," which the job announcement said was preferred, but Mr. Kleber believed his depth of experience in other fields would compensate for his lack of experience with CareFusion's core business.

  25. On March 6, 2014, the Defendant sent Mr. Kleber an automated electronic response to his application (See Exhibit B) stating that "If [his] qualifications me[t] the basic requirements, [his] application [would] be considered for the position," and he would "be contacted if [he was] selected for an interview." The message indicated that replies to it were "undeliverable and [would] not reach CareFusion." The Defendant never contacted Mr. Kleber to schedule an interview.

  26. In its September 17, 2014 response to Mr. Kleber's charge of age discrimination, attached to the Complaint as Exhibit C and incorporated herein, the Defendant stated that it set a maximum of years of legal experience for the position of Senior Counsel, Procedural Solutions "based on the reasonable concern that an individual with many more years of experience would

not be satisfied with less complex duties or comfortable taking direction from an attorney with less experience which could lead to issues with retention."

27.     On information and belief, the Defendant received 108 applications for the Senior Counsel, Procedural Solutions position, and ten candidates were selected to be interviewed. The Defendant stated that Mr. Kleber was not selected for an interview because it was clear from his resume that he had more than the maximum seven years of experience. On information and belief, the selected candidate was 29 years old.

## DEFENDANT'S AGE DISCRIMINATION

28.     Defendant intentionally chose to limit applicants for the job of Senior Counsel, Procedural Solutions to persons with "no more than 7 years of relevant experience".

29.     Defendant intentionally limited applicants for the job of Senior Counsel, Procedural Solutions to persons with "no more than 7 years of relevant experience" to weed out older applicants. The allegations of this paragraph will likely have evidentiary support after a reasonable opportunity for further investigation and/or discovery.

30.     Defendant's limiting applicants for the job of Senior Counsel, Procedural Solutions to persons with "no more than 7 years of relevant experience" had the effect of weeding out older applicants. The allegations of this paragraph will likely have evidentiary support after a reasonable opportunity for further investigation and/or discovery.

31.     Defendant willfully violated the Age Discrimination in Employment Act of 1967, as amended.

32.     Defendant's limiting applicants for the job of Senior Counsel, Procedural Solutions to persons with "no more than 7 years of relevant experience" had a disparate impact

on older applicants. The allegations of this paragraph will likely have evidentiary support after a reasonable opportunity for further investigation and/or discovery.

33.    As a proximate result of defendant's age discrimination, Mr. Kleber was deprived of the opportunity to interview for a job, deprived of the opportunity to earn wages, and deprived of the opportunity to earn employment benefits.

## ADEA COVERAGE

34.    When defendant advertised on its website for applicants for the job of Senior Counsel, Procedural Solutions at defendant's Vernon Hills, Illinois, facility, among other times, defendant was an "employer" as defined by §11(b) of the Age Discrimination in Employment Act, as amended [29 U.S.C. §630(b)].

35.    When defendant chose not to interview Mr. Kleber for the job of Senior Counsel, Procedural Solutions at defendant's Vernon Hills, Illinois, facility, Mr. Kleber was an "employee" as defined by §11(f) of the Age Discrimination in Employment Act, as amended [29 U.S.C. §630(f)].

## EEOC PROCEEDINGS

36.    On March 6, 2014, Mr. Kleber downloaded and completed an EEOC Intake Questionnaire and mailed it to the EEOC Chicago Office. A true and correct copy of the Mr. Kleber's Intake Questionnaire is attached as Exhibit D to this Complaint and incorporated herein. In addition to the form, Mr. Kleber wrote a two-page "Supplement to EEOC Intake Questionnaire of Dale E. Kleber," and mailed it along with the actual Questionnaire. A true and correct copy of the Supplement to Mr. Kleber's EEOC Intake Questionnaire is attached to this Complaint as Exhibit E and incorporated herein. (Note: Exhibits A and B attached to the Intake Questionnaire were mislabeled; Exhibit A should be labeled Exhibit B and vice versa).

37.     On March 17, 2014, EEOC employee Donald Marvin advised Mr. Kleber to wait at least 90 days to file an actual charge of discrimination to allow time for the Defendant to make a hiring decision so that it could be determined if CareFusion hired someone younger than him.

38.     On August 8, 2014, Mr. Kleber met with Greg Mucha, an EEOC investigator in the Chicago office for an intake appointment.  Mr. Mucha typed a Charge of Discrimination for Mr. Kleber to sign, which he did.

39.     On December 2, 2014, the EEOC issued a Notice of Right to Sue letter to Mr. Kleber, thereby allowing him to go forward with filing suit against defendant.  The Notice is attached to the Complaint as Exhibit F and incorporated herein. The Notice letter was inadvertently set aside in a pile of holiday mail and, therefore, Mr. Kleber is not certain of the specific day he actually received the Notice.  However, in the Seventh Circuit, a plaintiff is presumed to receive notice five days after it is mailed from an administrative agency like the EEOC. *Odeen v. Centro, Inc.*, 2014 U.S. Dist. LEXIS 40306, 10-11 (C.D. Ill. Mar. 26, 2014) citing  *Loyd v. Sullivan,* 882 F.2d 218, 218 (7th Cir. 1989).

## COUNT ONE

### Unlawful Use of Hiring Criteria Having Disparate Impact
### on Applicants Over 40 Years of Age in Violation of the ADEA, 29 U.S.C. § 621 et seq.

***Note***:  Currently in this Circuit, a maximum-experience requirement does not violate the Age Discrimination in Employment Act.  *See Johnson v. Cook Incorporated*, 327 Fed. App. 661 (No. 08-4255, 7th Cir. 6/24/2009).  This Count is based on a non-frivolous argument for reversing existing Circuit law or for establishing new Circuit law and to preserve the issue for appeal.  *Compare*, *Taggart v. Time*, 924 F.2d 43 (2d Cir. 1991), *Binder v. Long Island Light Co.*, 933 F.2d 187 (2d Cir. 1991), 29 C.F.R. § 1625.7.

10

40.    Mr. Kleber realleges and incorporates herein by reference the foregoing paragraphs.

41.    Mr. Kleber filed a timely charge of age discrimination with the EEOC, and has satisfied all preconditions to bringing this action Mr. Kleber's EEOC intake questionnaire made clear that he was also pursing a disparate impact theory. Mr. Kleber has exhausted his administrative remedies.  Mr. Kleber timely files this suit following notice of his right to sue.

42.    At all relevant times, the Defendant has been, and continues to be, an employer within the meaning of the ADEA, 29 U.S.C. § 630. At all relevant times, the Defendant has been engaged in interstate commerce within the meaning of the ADEA, *id*., and has employed, and continues to employ, twenty or more employees.

43.    As confirmed by the U.S. Supreme Court in *Smith v. City of Jackson*, 544 U.S. 228 (2005) and *Meacham v. Knolls Atomic Power Lab.*, 554 U.S. 84 (2008), the ADEA prohibits employers from utilizing facially age-neutral policies that have a significant adverse disparate impact on qualified workers over the age of 40, such as Mr. Kleber, unless the employer can prove that disparate impact caused by the challenged policies and practices was premised on a "reasonable factor other than age."

44.    On information and belief, the experience cap of seven years imposed by Defendant CareFusion on persons seeking to fill the position of Senior Counsel, Procedural Solutions, had a significant adverse disparate impact on Plaintiff and other similarly situated qualified applicants for employment over the age of 40 in violation of the ADEA. The maximum years of service requirement excluded the Plaintiff, and other similarly situated qualified older workers with more than seven years of job experience, from consideration for the Senior Counsel

position absent any reasonable basis for such a categorical exclusion and without individualized review of Plaintiff's qualifications.

45.     While the Plaintiff cannot provide the exact statistical impact without the benefit of discovery, the likelihood of a person over 40 being selected for the available position given the Defendant's maximum years of service requirement would be substantially less than that of a person under age 40.

46.     By imposing a years-of-experience cap on applicants for employment as Senior Counsel, and on applicants for other attorney and non-legal positions, Defendant CareFusion discriminated against qualified applicants over the age of 40 in contravention of the prohibitions on age discrimination set forth in the ADEA.

47.     As a direct and proximate result of the foregoing violations of the ADEA, Mr. Kleber has sustained injury, including, but not limited to: denial of the wages and other benefits provided to Senior Counsels employed by Defendant CareFusion, lost interest on those wages and other benefits, and loss of any potential opportunity to advance within CareFusion.

*Wherefore*, plaintiff Dale E. Kleber prays for:

a.      A settlement conference pursuant to Federal Rule of Civil Procedure 16 to assist him and defendant to settle this case;

b.      Lost wages, employment benefits, and other compensation lost to him as a result of defendant's discriminating against him on the basis of his age;

c.      Liquidated damages doubling the award of interest, wages, lost employment benefits, and other compensation lost to him as a result of defendant's discriminating against him on the basis of his age;

12

d.      Instatement to the job of Senior Counsel, Procedural Solutions (or to a comparable

job) or, in the alternative, pay for such a job for a reasonable time into the future;

e.      Reasonable attorney's fees, expert witness fees, expenses, and costs of this action and

of prior administrative actions; and

f.      Such other relief that this Court deems just and appropriate.

## COUNT TWO

### Unlawful Intentional Age Discrimination (Disparate Treatment) in Violation of the ADEA, 29 U.S.C. § 621 et seq.

*Note*: Currently in this Circuit, a maximum-experience requirement does not violate the Age

Discrimination in Employment Act. *See Johnson v. Cook Incorporated*, 327 Fed. Appx. 661

(No. 08-4255, 7th Cir. 6/24/2009). This Count is based on a non-frivolous argument for

reversing existing Circuit law or for establishing new Circuit law and to preserve the issue for

appeal. *Compare, Taggart v. Time*, 924 F.2d 43 (2d Cir. 1991), *Binder v. Long Island Light*

*Co.*, 933 F.2d 187 (2d Cir. 1991), 29 C.F.R. § 1625.7.

48.     Mr. Kleber realleges and incorporates by reference the foregoing paragraphs.

49.     The ADEA makes it unlawful for employers and their agents "to fail or refuse to

hire . . . any individual . . . because of such individual's age." 29 U.S.C. § 623(a)(1).

50.     Mr. Kleber was 58 years old at the time he applied for the Senior Counsel,

Procedural Solutions position with the Defendant.

51.     Mr. Kleber was qualified for the position of Senior Counsel, Procedural Solutions.

52.     A significantly younger, less qualified individual was hired instead of Mr. Kleber.

53.     Refusing to consider an applicant on the grounds that the applicant has more

experience than an arbitrarily determined maximum discriminates against older workers as it is

grounded on stereotypes and unfounded assumptions regarding older workers' commitment and their willingness to be managed by younger, less-experienced supervisors. Age-based stereotypes manifested by euphemisms such as "overqualified" deprive qualified older workers of job opportunities.

54. The Defendant's violations of the ADEA were intentional and willful.

55. As a direct and proximate result of the foregoing violations of the ADEA, Mr. Kleber has sustained economic and non-economic damages, including, but not limited to, denial of the wages and other benefits, lost interest on those wages and other benefits, and loss of any potential opportunity to advance within CareFusion.

*Wherefore*, plaintiff Dale E. Kleber prays for:

a. A settlement conference pursuant to Federal Rule of Civil Procedure 16 to assist him and defendant to settle this case;

b. Lost wages, employment benefits, and other compensation lost to him as a result of defendant's discriminating against him on the basis of his age;

c. Liquidated damages doubling the award of interest, wages, lost employment benefits, and other compensation lost to him as a result of defendant's discriminating against him on the basis of his age;

g. Instatement to the job of Senior Counsel, Procedural Solutions (or to a comparable job) or, in the alternative, pay for such a job for a reasonable time into the future;

h. Reasonable attorney's fees, expert witness fees, expenses, and costs of this action and of prior administrative actions; and

i. Such other relief that this Court deems just and appropriate.

## **DEMAND FOR JURY TRIAL**

Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury

of all issues so triable in this action.

Respectfully submitted,

Dale E. Kleber
Plaintiff *Pro Se*

Date: March 5, 2015

Dale E. Kleber
120 E. Walnut St.
Hinsdale, Illinois 60521
630-280-9484
Illinois ARDC Attorney No. 6185611

## VERIFICATION

County of DuPage    )
                     )   SS
State of Illinois      )

In accordance with 28 U.S.C. §26, I hereby certify under penalty of perjury that the foregoing is

true and correct.

_____

Dale E. Kleber

Executed on this 5th day of March, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on March 5th, 2015, a true and accurate copy of the foregoing was

mailed by United States First Class Mail postage prepaid to the following:

Shelly Ward
Manager, Employee Relations & Claims
CareFusion
3750 Torrey View Court
San Diego, California 92130

Dale E. Kleber

**EXHIBIT A**

# CareFusion

**Welcome. You are signed in.** | My Account Options

My Job Cart (0 items) | Sign Out

### Job Search    My Jobpage

Basic Search  |  Advanced Search  |  Jobs Matching My Profile  |  All Jobs

Job 1 out of 1 Previous**1** Next

Apply Online   SHARE

## Job Description

## Senior Counsel, Procedural Solutions

### Description

### Life-changers work here

CareFusion Life-changers find innovative ways to improve our customers' ability to provide healthcare to their patients. One way is our search for bold and inspired employees across the globe. Are you ready to change lives? Join our 15,000 employees to help clinicians solve some of healthcare's most critical challenges.

*Meet one of our Life-changers.* http://www.youtube.com/carefusion

Job Title: Senior Counsel, Procedural Solutions

Accountabilities

- Develop a thorough understanding of and familiarity with CareFusion's businesses, its people, products, markets, facilities, customers and competitors in order to provide legal support on commercial transactions.
- Coordinate with other members of legal to drive transactions toward completion, including liaising with key legal, regulatory, human resources, finance, tax, accounting, risk management, treasury, and operating business resources.
- Draft a variety of agreements, assist in negotiating agreements and in structuring key transaction terms in a manner that helps the business achieve its objectives while at the same time appropriately valuing legal, regulatory and tax directives and considerations.
- Establish rapport and a working relationship with management at all levels to encourage and continue the proactive use of in-house legal counsel.
- Perform special assignments or projects without significant supervision.

Job Family Summary
Responsible for providing Legal advice, counsel and services for commercial transactions, including contracts, licensing, and other arrangements, and responsible for negotiating and preparing the applicable agreements.

What is expected of you for success in your role

- Anticipates and analyzes business and legal transactional issues across multiple disciplines
- Advises clients on complex business and legal transactional risks
- Provides strategic solutions and course of action with respect to such risks
- Proactively identifies an unmet need or gap in transactional process (e.g., legal or compliance issues)
- Takes responsibility for the outcome of a substantial portion of a project
- Reports to Assistant General Counsel, Procedural Solutions

\*LI-CW1

**Qualifications**

- 3 to 7 years (no more than 7 years) of relevant legal experience.  Large law firm experience is preferred.
- Law degree from an accredited law school with a strong academic record. Licensed to practice law in at least one jurisdiction in the United States.
- A business partner (a business person's lawyer) with excellent judgment, particularly in determining the significance of legal matters and effectively measuring risks.
- Ability to assume complex projects, create and present a plan of action, and independently manage or assist on projects to favorable resolution or conclusion.
- Ability to work autonomously yet liaise effectively with the business teams and shared services functions.
- Excellent communication skills, both written and oral, with ability to synthesize complex legal issues to essential elements for clients throughout the organization with different abilities and responsibilities.
- Strong organizational skills to prioritize and manage or assist on multiple time-sensitive projects simultaneously; willingness to assume heavy workload to meet timing and project needs.
- Willingness to be trained on CareFusion ethics policies; international entity structures; and corporate directives.
- Knowledge of and experience in healthcare, medical devices and/or pharmaceuticals is preferred.

## Requisition ID: 1405005M

**Primary Location:** Illinois-Vernon Hills-Vernon Hills
**Travel:** Yes, 15 % of the Time
**Schedule:** Full-time
**Job Posting:** Mar 3, 2014, 10:15:49 AM

Apply Online | SHARE

Job 1 out of 1 Previous**1** Next

⚡ TALEO

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

# EXHIBIT B



**From:** CareFusion Staffing [hr-ch@invalidemail.com]
**To:** dpkleber@klebers.com; Dale Kleber
**Cc:**
**Subject:** Resume received
**Sent:** Thu 3/6/2014 4:21 PM

🌐 **CareFusion**

Dale,

We have received your application for the Senior Counsel, Procedural Solutions position, reference number 1405005M.

If your qualifications meet the basic requirements, your application will be considered for the position. You will be contacted if you're selected for an interview.

If you would like to review your candidate profile, click here.

Thank you for your interest in employment with CareFusion and we wish you continued success with your career.

Regards,
CareFusion Staffing
CareFusion

Replies to this message are undeliverable and will not reach CareFusion. Please do not reply.

3750 Torrey View Ct.
San Diego, CA 92130
858-617-4694 tel.

carefusion.com

**EXHIBIT C**

 **CareFusion**

September 17, 2014

## VIA FACSIMILE AND OVERNIGHT MAIL

Wendy K. Martin
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661

RECEIVED EEOC

SEP 1 8 2014

CHICAGO DISTRICT OFFICE

**RE:  Dale E. Kleber v. CareFusion
EEOC Charge No.: 440-2014-02884**

Dear Ms. Martin:

The following statement of position is submitted on behalf of CareFusion Corporation (the "Company") in response to the charge of age discrimination filed by Dale Kleber.  Mr. Kleber's allegation lacks merit and must, therefore, be dismissed.[1]

## I.    BACKGROUND

### A.    The Company

CareFusion is a medical technology company headquartered in San Diego, California that manufactures and distributes products that help hospitals operate more efficiently and more safely.  CareFusion's portfolio includes medication and supply dispensing products, infusion devices, ventilators, respiratory diagnostic instruments, surgical products and instruments.

Mr. Kleber applied for a Senior Counsel role on the Commercial Legal team supporting the Procedural Solutions business unit.[2]  The Senior Counsel position that Mr. Kleber applied for is located in the Vernon Hills, Illinois facility.  The Legal Department currently employs 40 individuals, attorneys and staff, in the United States; 34 are located in San Diego, California and the remaining 6 employees are

---

[1] This response is based upon information known to the undersigned at this time and is subject to supplementation or modification as other information is provided.  It is not intended as substantive evidence nor is it to be considered as a binding admission of any facts in any judicial or administrative proceeding.

[2] The Legal Department is divided into practice groups (i.e., Litigation, Intellectual Property, Regulatory, etc.) with the Commercial team aligning with CareFusion's business units.

1

located in Vernon Hills. The Legal Department is a diverse group of varying ages. Of the 40 employees, 23 are attorneys, 13 (56%) of whom are over the age of 40 (7 of the attorneys are over the age of 50).

## B.     Relevant Policies and Practices

CareFusion notifies all potential applicants of its commitment to non-discriminatory hiring practices on its Career Job Search page which states that "CareFusion, its divisions and its majority-owned or controlled subsidiaries provide equal employment opportunity to all applicants and employees in all aspects of employment, including but not limited to sourcing; recruiting; hiring; transferring; promoting; maintaining or establishing conditions and privileges of employment; training; educational assistance; compensation and benefits; corrective and disciplinary action; and determining layoffs, recalls, position eliminations and dismissals. Discrimination on the basis of race, religion, sex, color, national origin, ancestry, age, physical or mental disability, sexual orientation, gender identity/expression, genetic information, veteran status, pregnancy, marital status, creed, status with regard to public assistance, or any other status protected by federal, state or local law is prohibited and not tolerated."

In addition, CareFusion informs all employees of its commitment to equal employment opportunity through notice postings at its facilities. CareFusion also maintains specific policies and practices to reinforce its commitment to diversity and a nondiscriminatory work environment. Employees are notified of such policies upon hire and they are available to employees at any time through the Company's intranet. The relevant policies and practices include:

> **Equal Employment Opportunity Policy**

The Equal Employment Opportunity/Nondiscrimination policy states that "CareFusion, its divisions and majority-owned or controlled subsidiaries ("CareFusion") will provide equal employment opportunity to all applicants and employees in all aspects of employment, including but not limited to sourcing; recruiting; hiring; transferring; promoting; maintaining or establishing conditions and privileges of employment; training; educational assistance; compensation and benefits; corrective and disciplinary action; and determining lay-offs, recalls, position eliminations, and dismissals. Discrimination on the basis of race, religion, sex, color, national origin, ancestry, age, physical or mental disability, sexual orientation, gender identity/expression, genetic information, veteran status, pregnancy, marital status, creed, status with regard to public assistance, or any other status protected by federal, state, or local law is prohibited and is not tolerated." (See attached Exhibit "A").

> **Diversity and Inclusion**

CareFusion recognizes that by working together, we gain clear value from diversity and inclusion. Valuing diversity and inclusion leads to innovative thinking and better results for employees, customers, and shareholders. We are committed to building a diverse, inclusive workplace that is representative of

2

the marketplace and the communities in which CareFusion operates and is also free from discrimination. In addition, we are dedicated to fostering a work environment where employees are respected and valued for their differences. We demonstrate these commitments through various initiatives, including our diversity and inclusion strategy, Diversity Council and Employee Resource Groups (ERGs), and diversity-based outreach efforts and internship programs.

> **Code of Conduct**

CareFusion's Code of Conduct emphasizes respectful, professional treatment of all CareFusion employees as well as maintaining a work environment free from discrimination. All CareFusion employees and third parties acting on behalf of CareFusion are expected to understand and comply with The Code of Conduct, CareFusion policies and applicable laws and regulations. The Code of Conduct is mailed to every newly-hired employee in a booklet form and is available to all employees through the company intranet. In addition, all employees must complete annual training on the Code of Conduct. (See attached Exhibit "B").

## C. Mr. Kleber's Application for the Role of Senior Counsel, Procedural Solutions

The Commercial practice group within the Legal Department is structured as a vertical hierarchy with attorney roles including: Senior Vice President, Associate General Counsel; Vice President, Associate General Counsel; Assistant General Counsel; and Senior Counsel. Accordingly, the Sr. Counsel role is the most junior level attorney position in the Legal Department with a narrower scope of responsibility and less complex duties than the higher level attorney positions. Mr. Kleber responded to a job posting and applied for the role of Senior Counsel reporting to the Assistant General Counsel supporting the Procedural Solutions business unit.

Because the Senior Counsel role is the most junior attorney position in the Legal Department and takes direction from more senior attorneys, the ideal candidate for the role is one with less than 7 years of legal experience. CareFusion set this objective criterion based on the reasonable concern that an individual with many more years of experience would not be satisfied with less complex duties or comfortable taking direction from an attorney with less experience which could lead to issues with retention. The job posting stated the candidate should have 3 to 7, but no more than 7, years of relevant legal experience. (See attached Exhibit "C").

Mr. Kleber submitted his resume and application for the Senior Counsel role through CareFusion's online system. (See attached Exhibits "D" and "E"). CareFusion received 108 applications for the Senior Counsel role. All of the applicants' resumes were reviewed by the hiring manager, Alex Rabinsky, Assistant General Counsel, Procedural Solutions. Mr. Rabinsky reviewed the qualifications and experience of each applicant and selected 10 of the applicants to be interviewed.

3

Each of the 10 attorneys who were selected for an interview had between 3 and 7 years of experience at a law firm or in a corporate legal department. Mr. Kleber was not selected for an interview because his resume indicated that he had more than 25 years of legal experience and, therefore, his skills and experience far exceeded those required for the position as a junior level attorney.

While Mr. Kleber's application and resume provide dates of employment and work history, neither the CareFusion recruiter nor Mr. Rabinsky were aware of Mr. Kleber's age when his application and resume were reviewed. Mr. Kleber's age was not a factor in the decision not to consider him for the role of Senior Counsel.

## II.    RESPONSE TO MR. KLEBER'S ALLEGATION

**Allegation:** *I believe that I have been discriminated against because of my age, 58 (Date of Birth: January 12, 1956), in violation of the Age Discrimination in Employment Act of 1967, as amended.*

**RESPONSE:** As explained above, the Senior Counsel role is the most junior attorney role in the Legal Department and takes direction from more senior attorneys. The job posting for the role indicated that only candidates with less than 7 years of legal experience would be considered. Mr. Kleber's resume indicates that, in addition to law firm experience, he held roles of increasing responsibility, acting as the General Counsel of two corporations. Mr. Kleber's skills and experience far exceeded those required for the position as a junior level attorney. Mr. Kleber was therefore not considered to be the ideal candidate for a junior attorney role with a narrow scope of responsibility.

Neither the recruiter nor hiring manager were aware of Mr. Kleber's age when his resume was reviewed and decision made not to consider him for the role of Senior Counsel. In addition, the years of experience required has nothing to do with an individual's age. For example, an individual who attended law school as a second career and had 3-7 years of legal experience would have been considered for the role.

## III.    CONCLUSION

Absolutely no evidence of unlawful discrimination exists in this case. Mr. Kleber was not selected for an interview because he did not meet the qualifications specified in the job posting. There are no facts or circumstances which permit an inference of discrimination. As such, Mr. Kleber's claim lacks merit and must be dismissed.

4

For all of the foregoing reasons, CareFusion respectfully asks the Commission to dismiss Mr. Kleber's allegation in its entirety. Should you require anything further in order to conclude your investigation of this matter, please do not hesitate to contact me.

Very truly yours,

Shelly Ward
Manager, Employee Relations and Claims

Enclosures

5

EXHIBIT A

 **CareFusion**

CareFusion Corporate Policy

# Equal employment opportunity/nondiscrimination
Policy number: 8707-000-000-POL

**Effective date**
15 September 2010

**Policy summary**
CareFusion, its divisions and majority-owned or controlled subsidiaries ("CareFusion") will provide equal employment opportunity to all applicants and employees in all aspects of employment, including but not limited to sourcing; recruiting; hiring; transferring; promoting; maintaining or establishing conditions and privileges of employment; training; educational assistance; compensation and benefits; corrective and disciplinary action; and determining lay-offs, recalls, position eliminations, and dismissals. Discrimination on the basis of race, religion, sex, color, national origin, ancestry, age, physical or mental disability, sexual orientation, gender identity/expression, genetic information, veteran status, pregnancy, marital status, creed, status with regard to public assistance, or any other status protected by federal, state, or local law is prohibited and is not tolerated.

CareFusion does not discriminate against qualified individuals with disabilities in any aspect of employment and makes reasonable accommodations to disabled individuals who are otherwise qualified, so long as such accommodations do not cause CareFusion undue hardship.

**Scope**
This policy applies to CareFusion, its divisions and majority-owned or controlled subsidiaries in the United States and Puerto Rico.

**Applicable standards**
This policy relates to the following standards:

| Title of standard | Link |
| --- | --- |
| Code of Conduct | Reference |
| Harassment and bullying prevention | Policy |
| Reporting obligations | Policy |

**Policy statement**

**Employees**
All CareFusion employees share in the responsibility for fulfilling the commitment of CareFusion to equal employment opportunity. Employees who believe they have been discriminated against or who witness discrimination against others should report their concerns to their manager or supervisor immediately. If the matter is not satisfactorily resolved by the manager or supervisor, or if the employee is uncomfortable raising the

 **CareFusion**

concern with his or her manager, the employee must raise the concern with the Human Resources department immediately.

Disabled employees who need a reasonable accommodation to perform the essential functions of their job should request an accommodation from their manager or supervisor. Employees may also request accommodations through the Human Resources department.

**Responsible Party**
The CareFusion Executive Vice President of Human Resources is responsible for administering and amending this policy.

# EXHIBIT B





ACTIONS greater than words

**CareFusion Code of Conduct Handbook**

# We are **CareFusion**

## Our mission

Deliver clinically proven products and services that measurably improve patient care.

## Our beliefs

Value creation begins with customers.

We care about people as individuals.

Superior execution is the foundation of superior results.

Innovation is our lifeblood.

Teamwork is essential to our success.

1

# Welcome

## Letter from the CEO

At CareFusion, we have a responsibility to both "do well" and "do good" – for our shareholders, our customers and their patients, and ultimately for each other. Inherent within that responsibility is our commitment to quality and to upholding high ethical standards.

Our "Code of Conduct" provides a broad outline of our obligations for responsible business conduct. It supports our promise to manage for the long term and never compromise our integrity to deliver results.

We are all accountable for taking the initiative to understand our responsibilities, ask questions, seek guidance and find solutions. This booklet presents each of us with an ethical framework to help guide our response to the sometimes challenging and difficult choices we may encounter in a way that supports the values, vision and mission of our company. The answers may not always be clear-cut or easy to see, but this "Code of Conduct" can help. This booklet contains several resources and contacts you can use to help make the best ethical choices for CareFusion, find answers to your questions and report concerns.

Together, we can continue to strengthen our culture of compliance and accountability and stand tall as a company that helps improve the safety and cost of healthcare for generations to come.

Kieran Gallahue
Chairman and Chief Executive Officer



# Overview

The *CareFusion Code of Conduct* outlines the responsible conduct that everyone working for CareFusion needs to follow to protect the trust our employees, customers, suppliers, regulators and shareholders have in us. All employees, temporary staff, officers, directors, contractors, subcontractors of CareFusion and its majority-owned or controlled subsidiaries and third parties acting on our behalf are bound by and must comply with both the letter and spirit of these standards. The *CareFusion Code of Conduct* is the foundation of the program of how we work responsibly and with integrity and is fully authorized and supported by the CareFusion board of directors and senior leadership. Overall responsibility for the program including training, certification and overseeing compliance rests with the CareFusion chief compliance officer, with oversight from the chief executive officer and the Audit Committee of the board of directors. Under the direction of the chief compliance officer, the Ethics and Compliance department is responsible for responding to requests for advice on ethics and compliance matters.

The *CareFusion Code of Conduct* provides an overview of the standards we are held accountable to and is supported and further explained by applicable policies and procedures or legal requirements that apply to your role. The examples in this booklet of what is expected and what to avoid are drawn from these more detailed policies and, while not comprehensive, should trigger consideration of further research for guidance. In addition, the Quality Management System plays a critical role in support of the *CareFusion Code of Conduct* and ensures we deliver high-quality, clinically proven products and services that improve the lives of our customers and their patients. An employee who fails to follow these standards and our policies and procedures will be considered to be acting outside of the scope of his or her employment and may, in accordance with applicable law, be subject to disciplinary action, up to and including dismissal. In many instances, employees may also face civil fines and criminal penalties for any violations.

Any waiver of a provision contained in this document requires the written approval of the chief compliance officer. In addition, any waiver requested for an executive officer or director requires the approval of the Audit Committee of the board of directors and prompt disclosure to shareholders. Waivers may be granted only as permitted by applicable law and in extraordinary circumstances.

Copies of the *CareFusion Code of Conduct* are available on the company intranet and internet. Information on the Quality Management System and references to companywide policies and procedures for each section are available on the company intranet. If you have any questions, please contact your manager, the Ethics and Compliance department or the CareFusion Conduct Line as further described in this Code of Conduct.

# CareFusion Code of Conduct

01     Act with integrity ................................................................... 6-9

02a    Ask questions, seek guidance and raise concerns—Outside European
Economic Area, Switzerland and Canada............................................ 10-13

02b    Ask questions, seek guidance and raise concerns—Inside European
Economic Area, Switzerland and Canada............................................ 14-19

03     Treat each other fairly and foster a safe and productive workplace ................. 20-23

04     Avoid conflicts of interest ........................................................ 24-27

05     Compete fairly and honestly in the marketplace ................................... 28-31

06     Interact appropriately with customers............................................. 32-35

07     Avoid bribery and corruption ..................................................... 36-39

08     Safeguard the quality of products and services ................................... 40-43

09     Respect governments, their people and rules ..................................... 44-47

10     Maintain accurate books and records .............................................. 48-51

11     Protect information and assets.................................................... 52-55

12     Exercise citizenship where you live and work ..................................... 56-59

**[ REMAINDER OF DOCUMENT INTENTIONALLY OMITTED ]**

# EXHIBIT C

 CareFusion

**Job Title:** Senior Counsel, Procedural Solutions

**Accountabilities**

- Develop a thorough understanding of and familiarity with CareFusion's businesses, its people, products, markets, facilities, customers and competitors in order to provide legal support on commercial transactions.
- Coordinate with other members of legal to drive transactions toward completion, including liaising with key legal, regulatory, human resources, finance, tax, accounting, risk management, treasury, and operating business resources.
- Draft a variety of agreements, assist in negotiating agreements and in structuring key transaction terms in a manner that helps the business achieve its objectives while at the same time appropriately valuing legal, regulatory and tax directives and considerations.
- Establish rapport and a working relationship with management at all levels to encourage and continue the proactive use of in-house legal counsel.
- Perform special assignments or projects without significant supervision.

**Job Family Summary**
Responsible for providing Legal advice, counsel and services for commercial transactions, including contracts, licensing, and other arrangements, and responsible for negotiating and preparing the applicable agreements.

**What is expected of you for success in your role**

- Anticipates and analyzes business and legal transactional issues across multiple disciplines
- Advises clients on complex business and legal transactional risks
- Provides strategic solutions and course of action with respect to such risks
- Proactively identifies an unmet need or gap in transactional process (e.g., legal or compliance issues)
- Takes responsibility for the outcome of a substantial portion of a project
- Reports to Assistant General Counsel, Procedural Solutions

**Qualifications:**

- 3 to 7 years (no more than 7 years) of relevant legal experience. Large law firm experience is preferred.
- Law degree from an accredited law school with a strong academic record. Licensed to practice law in at least one jurisdiction in the United States.
- A business partner (a business person's lawyer) with excellent judgment, particularly in determining the significance of legal matters and effectively measuring risks.
- Ability to assume complex projects, create and present a plan of action, and independently manage or assist on projects to favorable resolution or conclusion.

 **CareFusion**

- Ability to work autonomously yet liaise effectively with the business teams and shared services functions.
- Excellent communication skills, both written and oral, with ability to synthesize complex legal issues to essential elements for clients throughout the organization with different abilities and responsibilities.
- Strong organizational skills to prioritize and manage or assist on multiple time-sensitive projects simultaneously; willingness to assume heavy workload to meet timing and project needs.
- Willingness to be trained on CareFusion ethics policies; international entity structures; and corporate directives.
- Knowledge of and experience in healthcare, medical devices and/or pharmaceuticals is preferred.

# EXHIBIT D

# DALE E. KLEBER

**120 East Walnut Street · Hinsdale, Illinois 60521 · 630-280-9484 · dekleber@klebers.com**

## GENERAL COUNSEL - DIVISION COUNSEL - SENIOR COUNSEL

- Business-oriented, corporate legal generalist with over 20 years of combined law firm and senior in-house transactional, commercial and regulatory experience in public and private companies as well as early phase ventures
- Specialized expertise in acquisitions, divestitures, strategic alliances, complex commercial transactions, finance, securities, real estate, employment, intellectual property and risk management
- Experienced in a broad range of regulatory matters involving compliance, investigations, negotiations, rule promulgation and other proceedings with the FDA, USDA, EPA, OSHA, SEC, DOJ and other federal agencies and state counterparts
- Expert in commercial litigation management, mediation, arbitration and other forms of alternative dispute resolution having participated as an advocate, witness or mediator in numerous ADR proceedings
- Proven leadership ability and management expertise, serving as Chief Executive Officer of a national trade association and holding leadership roles in various entrepreneurial businesses

## LEGAL EXPERIENCE

**LAW OFFICES OF DALE E. KLEBER**, Hinsdale, Illinois, 2007-08, 2011 - present

Private legal practice focused on general corporate and commercial matters, acquisitions, transactions, contracts, real estate, development and construction, intellectual property and licensing, employment, regulatory and compliance issues, corporate governance, operating and stockholder agreements and dispute resolution for a wide range of business clients, including closely-held corporations, partnerships, joint ventures and start-ups

**MEDIATOR / NEUTRAL**, 2007 - present
***Accord ADR Services (www.accord-adr.com)***

Founder of commercial ADR firm specializing in commercial disputes . . . settlement rate in excess of 85% . . . Certified mediator & arbitrator for Illinois Circuit Court for Cook County

**GENERAL COUNSEL AND PARTNER**
***The Aperio Group***, Downers Grove, Illinois, 2003 - 2006

General Counsel of a specialized consulting firm providing dairy cost management solutions to grocery retailers and other purchasers and processors of dairy products . . . allowing clients to reduce net procurement costs and negotiate superior dairy product supply agreements . . . Aperio EPC software is still being utilized by Wal-Mart today

DALE E. KLEBER                                                          Page 2

**VICE PRESIDENT, SECRETARY AND GENERAL COUNSEL**     1999 - 2002
*Dean Foods Company*, Franklin Park, Illinois
    Vice President, Associate General Counsel       1997 - 1999
    Assistant General Counsel                        1993 - 1997

- Chief Legal Officer, reporting to CEO and member of Operating Committee, responsible for all legal decisions, strategies and policies within a publicly-held $4.5 billion manufacturer of dairy, vegetable and specialty food products

**Achievements**

- Performed substantially all legal work in-house in connection with over 25 major stock or asset acquisitions and divestiture transactions with purchase prices ranging from $10 to $250 million

- Chief legal representative and strategist of the acquired party in a $2.5 billion merger between the country's two largest dairy processors with responsibility for all legal aspects, and certain business matters relating to the transaction, including securing regulatory approval after extensive antitrust review by federal and state authorities

- Architect of strategy to avoid burdensome state milk procurement regulations; successfully challenged state enforcement attempts in court, yielding annual cost savings in excess of $1 million

- As lead plaintiff initiated "opt-out" antitrust action resulting a group award of $65 million, more than seven times the rate of the class award

- Used innovative legal strategy and industry communications campaign to successfully protect the company's most valuable new national brand and packaging configuration ("Milk Chugs")

- Managed legal budgets of up to $15 million annually, holding total expenditures significantly below median corporate benchmarks and introduced matter management-budgeting system

- Personal initiatives directly responsible for $8.8 million increase in company earnings in final year

- Developed and implemented antitrust training and legal & ethical compliance programs

- Optimized legal department procedures and improved client service and project cycle time

- Performed governance duties and participated in all directors meetings as company Secretary

**CORPORATE ATTORNEY, *Staley Continental, Inc.*, Rolling Meadows, Illinois**

Corporate attorney for Fortune 500 corporation engaged in food manufacturing, agricultural processing and foodservice distribution . . . Company acquired in hostile takeover

**ASSOCIATE ATTORNEY, *DLA Piper* (f/k/a Rudnick & Wolfe), Chicago, Illinois**

Attorney in corporate department of major Chicago full service law firm . . . general corporate practice including corporate acquisitions, the structuring and registration of franchised businesses, other distribution & marketing systems, licensing, trademarks and intellectual property

DALE E. KLEBER                                                                                    Page 3

---

## MANAGEMENT EXPERIENCE

---

### CHIEF EXECUTIVE OFFICER
*American Dairy Products Institute*, Elmhurst, Illinois, 2008 - 2011

- National trade association for dry dairy ingredients including dry milk, whey protein, lactose, permeate, milk protein concentrates and evaporated and condensed milk products
- Represented industry's interest in government and regulatory issues and other matters of common interest; acted as key spokesperson to trade media and press

**Achievements**

- Improved program content and speaker quality at ADPI-ABI Annual Conferences resulting in the three most highly-attended annual conferences in ADPI history
- Improved ADPI's financial position by doubling cumulative cash reserves and equity
- Led global conference on whey protein products attended by 500 industry, technical and academic experts from 24 countries, netting four times more profit than prior event in 2005.
- Doubled the number of subscribers to ADPI's weekly electronic newsletter and dramatically improved the content, functionality and value of the association website

### PRESIDENT, 2006 – 2008
*Finial Properties, LLC*, Downers Grove, Illinois
Founder of a residential real estate development company specializing in the design, construction, and marketing of luxury custom homes . . . Finial Properties' homes appeared in the National Association of Home Builders Annual Report and received the prestigious "Gold Key" Award from the Home Builders Association of Greater Chicago as well as other local architectural awards

### DIRECTOR, 1999 - 2006
*IntraVantage Systems, Inc.*, Plymouth, Minnesota
    Interim CEO, 2005 - 2006
    Chairman of the Board and Executive Committee, 2001 – 2006

Company patented, developed and commercialized the *IntraFlow Dental Anesthesia System*™, a Class 1 medical device, delivering instant anesthesia directly to a tooth without numbing surrounding tissue . . . Assumed the role of Interim CEO upon unexpected death of CEO; subsequently sold the business and patent rights to a major dental instrument manufacturer

---

## EDUCATION

---

**Vanderbilt University School of Law**, Nashville, Tennessee, *Juris Doctor*,
Vanderbilt Law Review, Associate Editor and Staff Member

**Vanderbilt University**, Nashville, Tennessee, *Bachelor of Arts*, cum laude
Business Administration and Political Science majors

**Northwestern University**, Chicago, Illinois, *Mediation Training and Certification*,
School of Continuing Studies

# EXHIBIT E

# General Profile - Kleber, Dale E. (5504305)

| Medium | Source | Source Type |
|---|---|---|
| Online | Indeed | Job Board |

| Creation Date | Submission Type |
|---|---|
| Mar 5, 2014 | External |

## Referral

## History

| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| **General Profile** | | | | |
| Mar 7, 2014 3:20 AM | Submitted profile | External Career Section (External) The general profile is complete | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Have you ever been a contractor or employed by CareFusion? ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Do you currently have a non-compete and/or a non-solitiation agreement with any company that would prohibit or limit your employment with CareFusion? ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Have you ever been convicted of a crime or have any pending charges? (Conviction of a crime will not automatically disqualify you from employment, but may be considered as part of the overall evaluation of your qualifications.) ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Are you 18 years of age or older? (Applicants under age 18 will be required to submit documentation verifying age or a work certificate prior to employment as required by state and/or federal law.) | | Candidate |

| Date | Events | Details | Comments | By |
|------|--------|---------|----------|-----|
| | | ***Answer before change: - | | |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Have you ever been a contractor or employed by CareFusion? ***Answer before change: -***Update from requisition 1405005M - Senior Counsel, Procedural Solutions | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Do you currently have a non-compete and/or a non-solitiation agreement with any company that would prohibit or limit your employment with CareFusion? ***Answer before change: -***Update from requisition 1405005M - Senior Counsel, Procedural Solutions | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Have you ever been convicted of a crime or have any pending charges? (Conviction of a crime will not automatically disqualify you from employment, but may be considered as part of the overall evaluation of your qualifications.) ***Answer before change: -***Update from requisition 1405005M - Senior Counsel, Procedural Solutions | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Are you 18 years of age or older? (Applicants under age 18 will be required to submit documentation verifying age or a work certificate prior to employment as required by state and/or federal law.) ***Answer before change: -***Update from requisition 1405005M - Senior Counsel, Procedural Solutions | | Candidate |
| Mar 7, 2014 3:17 AM | Updated profile | External Career Section (External) | | Candidate |

| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| | | The general profile is incomplete | | |
| Mar 7, 2014 3:17 AM | Education - Added | LAW; Vanderbilt University School of Law | | Candidate |
| Mar 7, 2014 3:17 AM | Education - Added | BUSINESS ADMINISTRATION; Vanderbilt University | | Candidate |
| Mar 7, 2014 3:17 AM | Education - Added | Mediation - College of Continuing Studies; Northwestern University | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | Vice President; Dean Foods Company; 10/1988 - 12/2002 | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | Law Offices of Dale E Kleber; 06/2010 - Present Date | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | American Dairy Products Institute; 09/2008 - 06/2011 | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | Mediator; Accord ADR Services; 01/2007 - Present Date | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | General Counsel; The Aperio Group LLC; 01/2003 - 12/2006 | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Update | Question: Were you or are you currently a contractor for CareFusion? ***Answer before change: - | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Update | Question: Are you willing to submit and complete a background check and drug screen? (A confirmed, positive drug test result will automatically disqualify you for consideration for employment and any offer of employment will be withdrawn.) ***Answer before change: - | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Update | Question: Are you authorized to work in the United States and can you provide documentation supporting your work authorization status? ***Answer before change: - | | Candidate |

 

| Date | Events | Details | Comments | By |
|------|--------|---------|----------|-----|
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: {0} ***Answer before change: {1}***Update from requisition {2} | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: {0} ***Answer before change: {1}***Update from requisition {2} | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: {0} ***Answer before change: {1}***Update from requisition {2} | | Candidate |
| Mar 5, 2014 11:55 PM | Updated profile | External Career Section (External) The general profile is incomplete | | Candidate |
| Mar 5, 2014 11:55 PM | Attached File in Resume - Added | Dale_Kleber_Resume _LV_ 1.13.14.docx | This file includes a resume from which basic candidate information has been extracted. | Candidate |
| Mar 5, 2014 11:54 PM | Profile process - Start | selfRegister The general profile is incomplete | | Candidate |

**1405005M (Senior Counsel, Procedural Solutions)**

| Date | Events | Details | Comments | By |
|------|--------|---------|----------|-----|
| Mar 25, 2014 8:05 PM | Status changed to Rejected in step SCREEN | Does not meet the required criteria for the role, Event date: Mar 25, 2014, 8:05 PM | | Victoria Herda |
| Mar 25, 2014 8:05 PM | Moved to step SCREEN | Event date: Mar 25, 2014, 8:05 PM | | Victoria Herda |
| Mar 10, 2014 8:07 PM | Candidate shared | The information on this candidate has been shared with: Vicki.Herda@Carefusion.com | Attny | Victoria Herda |
| Mar 10, 2014 8:07 PM | Correspondence sent | Share Candidate Notification - A candidate has been shared with you: (Dale E. Kleber) - Attny | | System |
| Mar 10, 2014 8:03 PM | Moved to step HM REVIEW | Event date: Mar 10, 2014, 8:03 PM | | Victoria Herda |
| Mar 10, 2014 8:03 PM | Status changed to Forward to HM in step HM REVIEW | Event date: Mar 10, 2014, 8:03 PM | | Victoria Herda |
| Mar 10, 2014 8:03 PM | Status changed to Met Requirements in step NEW | Event date: Mar 10, 2014, 8:03 PM | | Victoria Herda |
| Mar 7, 2014 3:20 AM | Correspondence sent | Job-Specific Application Acknowledgement - External - Resume received | | System |
| Mar 7, 2014 3:20 AM | Applied online | External Career Section (External) The submission is complete | | Candidate |



| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| Mar 7, 2014 3:19 AM | Regulations - Initial entry | EEO (USA) Information entered | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Have you ever been a contractor or employed by CareFusion? ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Do you currently have a non-compete and/or a non-solitiation agreement with any company that would prohibit or limit your employment with CareFusion? ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Have you ever been convicted of a crime or have any pending charges? (Conviction of a crime will not automatically disqualify you from employment, but may be considered as part of the overall evaluation of your qualifications.) ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Updated | Question: Are you 18 years of age or older? (Applicants under age 18 will be required to submit documentation verifying age or a work certificate prior to employment as required by state and/or federal law.) ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Have you ever been a contractor or employed by CareFusion? ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Do you currently have a non-compete and/or a non-solitiation agreement with any company that would prohibit or limit your employment with CareFusion? | | Candidate |



| Date | Events | Details | Comments | By |
|---|---|---|---|---|
| | | ***Answer before change: - | | |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Have you ever been convicted of a crime or have any pending charges? (Conviction of a crime will not automatically disqualify you from employment, but may be considered as part of the overall evaluation of your qualifications.) ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Are you 18 years of age or older? (Applicants under age 18 will be required to submit documentation verifying age or a work certificate prior to employment as required by state and/or federal law.) ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Please indicate how many years of experience you have in a supervisory role ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Please indicate how many years of experience you have in a related field ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Please indicate how many years of experience you have ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:18 AM | Answer to a question - Update | Question: Please indicate your highest level of education ***Answer before change: - | | Candidate |
| Mar 7, 2014 3:17 AM | Submission updated | External Career Section (External) The submission is incomplete | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Updated | Work experience before change: Mediator; Accord ADR Services; 01/2007 - Present Date | | Candidate |




| Date | Events | Details | Comments | By |
|------|--------|---------|----------|-----|
| Mar 7, 2014 3:17 AM | Work experience - Updated | Work experience before change: Vice President; Dean Foods Company; 10/1988 - 12/2002 | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Updated | Work experience before change: General Counsel; The Aperio Group LLC; 01/2003 - 12/2006 | | Candidate |
| Mar 7, 2014 3:17 AM | Education - Added | Mediation - College of Continuing Studies; Northwestern University | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | American Dairy Products Institute; 09/2008 - 06/2011 | | Candidate |
| Mar 7, 2014 3:17 AM | Work experience - Added | Law Offices of Dale E Kleber; 06/2010 - Present Date | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: Were you or are you currently a contractor for CareFusion? ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: Are you willing to submit and complete a background check and drug screen? (A confirmed, positive drug test result will automatically disqualify you for consideration for employment and any offer of employment will be withdrawn.) ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 6, 2014 12:00 AM | Answer to a question - Updated | Question: Are you authorized to work in the United States and can you provide documentation supporting your work authorization status? ***Answer before change: -***Update from General Profile | | Candidate |
| Mar 5, 2014 11:55 PM | File identified as relevant for the submission | Dale_Kleber_Resume _LV_ 1.13.14.docx | This file includes a resume from which basic candidate information has been extracted. | Candidate |



| Date | Events | Details | Comments | By |
|------|--------|---------|----------|-----|
| Mar 5, 2014 11:54 PM | Application process - Start | Profile process - Start The submission is incomplete | | Candidate |

# Resume

## Candidate Personal Information

**First Name**
Dale

**Last Name**
Kleber

**Middle Name**
E.

☐ Anonymous job submission

**Address (line 1)**
120 East Walnut Street·

**City**
Hinsdale

**Zip/Postal Code**
60521

**Home Phone Number**
630-887-7964

**Cellular Number**
630-280-9484

**Primary Number**
**Cellular Phone**

**Place of Residence**
United States > Illinois > Chicago

**Email Address**
dekleber@klebers.com

☐ Internal Candidate

## Account Information

**Account Status**
Not Locked

**User Name**
DaleKleber

## Education

**Education 1**

**Education**

**Other Institution**
Vanderbilt University School of Law

**Other Program**
LAW

**Education Level (Achieved)**
Doctorate Degree (over 19 years)

**Did you graduate?**
Yes

**Education 2**

**Education**

**Other Institution**

 

**Vanderbilt University**

Other Program
**BUSINESS ADMINISTRATION**

Education Level (Achieved)
**Bachelor's Degree (± 16 years)**

Did you graduate?
**Yes**

**Education 3**

**Education**

Other Institution
**Northwestern University**

Other Program
**Mediation - College of Continuing
Studies**

Education Level (Achieved)
**Other**

Did you graduate?
**Yes**

## Work Experience

**Work Experience 1**

☐ Current Job

Other Employer
**Dean Foods Company**

Start Date
**Oct, 1988**

End Date
**Dec, 2002**

Job Title
**General Counsel**

Please provide a brief description of your job responsibilities.
**Chief Legal Officer, reporting to CEO and member of
Operating Committee, responsible for all legal decisions,
strategies and policies within a publicly-held $4.5 billion
manufacturer of dairy, vegetable and specialty food products**

**Work Experience 2**

☑ Current Job

Other Employer
**Law Offices of Dale E Kleber**

Start Date
**Jun, 2010**

Job Title
**Sole practioneer**

Please provide a brief description of your job responsibilities.
**Private practice focused on general corporate and
commercial matters, acquisitions, transactions, contracts,
real estate, intellectual property and licensing, employment,
regulatory, compliance, corporate governance and dispute
resolution.**

**Work Experience 3**

☐ Current Job

|  |  |
|---|---|
| | Other Employer |
| | The Aperio Group LLC |
| Start Date | End Date |
| Jan, 2003 | Dec, 2006 |

Job Title
General Counsel

Please provide a brief description of your job responsibilities
General Counsel of a specialized consulting firm providing
dairy cost management solutions to grocery retailers and
other purchasers and processors of dairy products . . .
allowing clients to reduce net procurement costs

**Work Experience 4**

☑ Current Job

|  |  |
|---|---|
| | Other Employer |
| | Accord ADR Services |
| Start Date | End Date |
| Jan, 2007 | Mar, 2014 |

Job Title
Mediator

Please provide a brief description of your job responsibilities.
Founder of commercial ADR firm specializing in commercial
disputes . . . settlement rate in excess of 85% . . . Certified
mediator & arbitrator for Illinois Circuit Court for Cook
County

**Work Experience 5**

☐ Current Job

|  |  |
|---|---|
| | Other Employer |
| | American Dairy Products Institute |
| Start Date | End Date |
| Sep, 2008 | Jun, 2011 |

Job Title
CEO

Please provide a brief description of your job responsibilities.
Leadership position for the national trade association for dry
dairy ingredients including dry milk, whey protein, permeate,
milk protein concentrates.

# Profile

## Submission Medium

How did we learn about this candidate?
Online

 

## Source Tracking

General
**Job Board**

Specific
**Indeed**

## Employment Preferences

### Job Field

| Function | Family | Track/Level |
|---|---|---|
| Legal | Commercial/Transactions Attny | P4 |

### Organization

| Operating Segment | Business Unit | Business Line | Cost Center |
|---|---|---|---|
| L4 Corporate Admin - 4015 | L5 Corporate Admin - 5021 | L6 Corporate Admin - 1900 | L7 LEG-COMMERCIAL2 |

### Location

| Country | State/Province | City | Work Location |
|---|---|---|---|
| United States of America | Illinois | Vernon Hills | Vernon Hills |

### Basic Profile

Job Level
**Individual Contributor**

Schedule
**Full-time**

# Prescreening

## Disqualification Questions

| Question | Answer | Result |
|---|---|---|
| 1. Are you willing to submit and complete a background check and drug screen? (A confirmed, positive drug test result will automatically disqualify you for consideration for employment and any offer of employment will be withdrawn.)  Type: Single Answer | X Yes | The Candidate Passes |
| 2. Are you authorized to work in the United States and can you provide documentation supporting your work authorization status?  Type: Single Answer | X Yes | The Candidate Passes |
| 3. Were you or are you currently a contractor for CareFusion?  Type: Single Answer | X No | The Candidate Passes |

## Profile Questionnaire

| Question | Answer |
|---|---|

. Are you 18 years of age or older?    X Yes
(Applicants under age 18 will be        No
required to submit documentation
verifying age or a work certificate
prior to employment as required by
state and/or federal law.)
    Type: Single Answer

. Have you ever been convicted       Yes
of a crime or have any pending      X No
charges? (Conviction of a crime will
not automatically disqualify you from     Response not required (For Hawaii residents only)
employment, but may be considered
as part of the overall evaluation of
your qualifications.)
    Type: Single Answer

. If yes, identify the crime, date of      -
conviction, court where the conviction
occurred and disposition of the case.
(Select the Legal link in the top
right corner of this window for more
information.)
    Type: Text Answer

. Do you currently have a non-       Yes
compete and/or a non-solitiation     X No
agreement with any company
that would prohibit or limit your
employment with CareFusion?
    Type: Single Answer

. Have you ever been a contractor or    Yes
employed by CareFusion?        X No
    Type: Single Answer

Shelly Ward
Manager
Employee Relations & Claims

3750 Torrey View Ct.
San Diego, CA 92130
858.617.4694 tel.

 CareFusion

shelly.ward@carefusion.com          carefusion.com

November 21, 2014

**Via Overnight Mail**

Mr. Joseph Kuhel
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, IL 60661

RECEIVED EEOC

NOV 2 4 2014

CHICAGO DISTRICT OFFICE

**RE:   Dale Kleber v. CareFusion Corporation**
**EEOC Charge No. 440-2014-03884**

Dear Mr. Kuhel:

CareFusion submits the following in response to your request for information in the above-referenced charge:

1. a.  The following applicants were interviewed for the Sr. Counsel, Procedural Solutions position for which Mr. Kleber submitted his application: Kristina Alexander, Shelby Parnes, Jonathan Karas, Omar Galaria, Jennifer Hobbs, Robert Levine, Lauren Berheide, James Reeves, and Julia Lifshits.

1. b.  Aside from the applicant that was selected for the Senior Counsel, Procedural Solutions position, CareFusion does not have the dates of birth for the other applicants.

2. a.  Julia Lifshits was selected for the Sr. Counsel, Procedural Solutions position for which Mr. Kleber submitted his application.

2. b.  ▮▮▮▮▮ 1985

2. c.  May 5, 2014

Should you need additional information, please contact me at your convenience.

Sincerely,

*Shelly Ward | beV*

Shelly Ward
Manager, Employee Relations & Claims

JOSEPH KUHEL - Kleber v. CareFusion - Charge No. 440-2014-03884

**From:** <shelly.ward@CareFusion.com>
**To:** <joseph.kuhel@eeoc.gov>
**Date:** 11/19/2014 5:39 PM
**Subject:** Kleber v. CareFusion - Charge No. 440-2014-03884

Mr. Kuhel,

I received your written request for additional information in the mail this afternoon so please disregard my voicemail requesting that you email a copy to me.

I will provide a response by November 24, 2014.

Thank you.

Shelly Ward
Manager, Employee Relations & Claims
**CareFusion**
3750 Torrey View Court
San Diego, CA 92130
858.617.4694 tel
858.617.2697 fax

*Improving the safety and cost of healthcare.*

CareFusion e-mail is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received an e-mail in error, please notify the CareFusion sender immediately and delete the original. Any other use of the e-mail by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese Svenska:
http://www.carefusion.com/legal/email/



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
Intake Information Group: (800) 669-4000
Intake Information Group: (800) 669-6820
Chicago Direct Dial: (312) 869-8000
Chicago TTY: (312) 869-8001
Administration Fax: (312) 869-8077
Enforcement/File Disclosure Fax: (312) 869-8220
Federal Sector Fax: (312) 869-8125
Legal Fax: (312) 869-8124
Mediation Fax: (312) 869-8060

November 14, 2014

Shelly Ward
Manager, Employee Relations and Claims
CareFusion Corporation
3750 Torrey View Court
San Diego, CA 92130

Re:     Dale E. Kleber v. CareFusion Corporation
        EEOC Charge No. 440-2014-03884

Dear Ms. Ward:

The organization you represent is hereby requested to provide information and records relevant to the subject charge of discrimination. The Commission is required by law to investigate charges filed with it, and the attached request constitutes a part of the investigation. This request for information does **not** necessarily represent the entire body of evidence, which will be needed from your organization in order that a proper determination as to the merits of the charge can be made. If your organization wishes to provide additional evidence, which you believe will more fully support your position, please provide this evidence along with the above requested information on or before November 24, 2014.

You will note on the attached Request for Information that lists or summaries of data requested must be supported by copies of underlying documents. There are no exceptions to this requirement unless noted by the Request for Information.

If you have any questions concerning this matter, please call me at (312) 869-8039 or email me at joseph.kuhel@eeoc.gov.

Sincerely,

Joseph Kuhel
Investigator

**Request for Information**

**Dale E. Kleber v. CareFusion Corporation**
**EEOC Charge No. 440-2014-03884**

1. Identify all applicants, who were interviewed for the Senior Counsel, Procedural Solutions, position for which Charging Party submitted his application, and provide the following:

   a. Name
   b. Date of birth

2. Identify the individual selected for the Senior Counsel, Procedural Solutions, position and provide the following:

   a. Name
   b. Date of birth
   c. Date of hire

**EXHIBIT D**

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: _Kleber_  First Name: _Dale_  MI: _E._

Street or Mailing Address: _120 E. Walnut St._  Apt or Unit #: ____

City: _Hinsdale_  County: _DuPage_  State: _IL_  Zip: _60521_

Phone Numbers: Home: (630) _887-7964_  Work: ( ) ____

Cell: (630) _280-9484_  Email Address: _deklebere@klebers.com_

Date of Birth: _1-12-56_  Sex: ☒ Male ☐ Female  Do You Have a Disability? ☐ Yes ☒ No

**Please answer each of the next three questions.**  i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?  Please choose all that apply. ☐ American Indian or Alaskan Native  ☐ Asian  ☒ White
☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? _American - Multiple origins_

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: _Margaret H. Kleber_  Relationship: _Spouse_

Address: _120 E Walnut St_  City: _Hinsdale_  State: _IL_  Zip Code: _60521_

Home Phone: (630) _887-7964_  Other Phone: (630) _464-9644._

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☐ Other (Please Specify) ____

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: _Carefusion Corporation_

Address: _75 N Fairway Dr_  County: _US_  _847-362-8900 - Vernon Hills_

City: _Vernon Hills_  State: _IL_  Zip: _60061_  Phone: (858) _876-4287 - San Diego - Corp office_

Type of Business: _medical devices & services_  Job Location if different from Org. Address: _HR Dept is in San Diego, CA_

Human Resources Director or Owner Name: ____  Phone: ( ) _see corporate office main phone number above_

**Number of Employees in the Organization at All Locations:** Please Check (✓) One

☐ Fewer Than 15 ☐ 15 – 100 ☐ 101 – 200 ☐ 201 – 500 ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) **Are you a federal employee?** ☐ Yes ☐ No

Date Hired: ____  Job Title At Hire: ____

Pay Rate When Hired: ____  Last or Current Pay Rate: ____

Job Title at Time of Alleged Discrimination: ____  Date Quit/Discharged: ____

Name and Title of Immediate Supervisor: ____

If Job Applicant, Date You Applied for Job _3/5/14_  Job Title Applied For _Senior Counsel Procedural Solution_

★ _see attached job description_

1

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☒ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

Other reason (basis) for discrimination (Explain): The first listed job requirement discriminates against older workers (See attachment)

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 3/5/14   Action: On its face, the job description discriminates against older workers by establish a maximum of seven years of
Name and Title of Person(s) Responsible: legal experience as a qualification.

B. Date: _____ Action: → Unknown, but presumably the company's H-R and/or legal dept established the job qualifications
Name and Title of Person(s) Responsible _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.
Setting a maximum for years of legal experience is the equivalent of restricting the job to applicants under the age of 40

**7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**
I did not speak with anyone at the company, I simply applied for the job even though I don't meet the experience requirement

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Not Applicable | | | |
| B. | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _Not Applicable_ _____

_____

B. _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

A. _Every job applicant above the age of 40 with more than 7 years of relevant legal experience._

B. _____

_____

Answer questions 9-12 **only** if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.  _Not Applicable_

**9.  Please check all that apply:**
  ☐ Yes, I have a disability
  ☐ I do not have a disability now but I did have one
  ☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).
_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
  ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?
_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
  ☐ Yes  ☐ No
If "Yes," when did you ask? _____  How did you ask (verbally or in writing)? _____
Who did you ask?  (Provide full name and job title of person)
_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Not Applicable | | the discriminatory incident is documented in the attached job description | |
| B. | | | |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Note: I am an attorney

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

BOX 1 ☒ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2 ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Dale E Kleber
Signature                                3/5/14
                                      Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys and to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

**EXHIBIT E**


**SUPPLEMENT**
**TO**
**EEOC INTAKE QUESTIONNAIRE**
**OF**
**DALE E. KLEBER**


March 6, 2014


1. On March 6, 2014, I applied online for a "Senior Counsel" position with a business unit of CareFusion Corporation unit located in Vernon Hills, Illinois, as more fully described in theIntake Questionnaire to which this Supplement is attached.

2. The attached job description for the foregoing position ("Senior Counsel, Procedural Solutions") (Exhibit A) includes a section captioned "Qualifications." The first listed job qualification requires:

   - 3 to 7 years (no more than 7 years) of relevant legal experience. Large law firm experience is preferred.

3. The foregoing requirement indicates that any person with more than seven years of experience does not satisfy the foregoing job qualification and, accordingly ,will not be considered or hired. This requirement blatantly and unlawfully discriminates against every otherwise qualified applicant who may be over age of 40 (and has more than seven years of experience).

4. Such a job qualification is the legal equivalent of stating, "No older attorneys need apply."

5. Another legal department current job opening at CareFusion contains the same age-discriminatory requirement. (Exhibit B)

6. I reviewed the first ten of the 150 job openings listed on CareFusion's corporate website as of this March 5, 2014. (Exhibit C) Of the ten positions reviewed, three job descriptions (30%) express the required experience in terms of a given range of years (i.e., "3-7 years large public accounting experience or related experience"). See Exhibits D, E and F attached hereto. Such job descriptions also suggest that CareFusion is systematically discriminating against older applicants by placing a maximum on the required level of experience.

7. Carefusion's "Prescreening Questions", presumably utilized for all online applications (Exhibit G), also provide a method for its hiring managers to identify, and discriminate

against, older applicants. Questions 2, 3 and 4 require an applicant to identify his or her years of experience. Requiring an applicant to quantify a level of experience beyond the minimum years of experience required is simply a way for the company to recognize older applicants. An applicant should only be required to certify that he or she has the required minimum level of experience.

8. Age discrimination in hiring is a typically practiced in a very subtle manner and is difficult to prove. In this case it appears that a major corporation has overtly, yet unwittingly, documented an institutional pattern of age discrimination in violation of the Age Discrimination in Employment Act of 1967 and similar state laws.. The visible evidence of age discrimination at CareFusion raises serious questions about what other forms of age discrimination would be uncovered with additional investigation.

9. CareFusion is a publicly-traded company (NYSE – CFN) with over 14,000 employees worldwide. The company's corporate offices are located in San Diego, California.

I hereby swear that the foregoing statements are true and accurate to the best of my knowledge, information and belief.

_____
Dale E. Kleber

**EXHIBIT A**

 **CareFusion**

**Dale Kleber, you are signed in.** | My Account Options

🛒 My Job Cart (0 items) | Sign Out

**Job Search    My Jobpage**

Basic Search | Advanced Search | Jobs Matching My Profile | All Jobs

Job 2 out of 2 Previous1 **2** Next

| Apply Online | Add to My Job Cart | ⧉ SHARE 🔗 ✉ ⬚ |

**Job Description**

# Senior Counsel- Labor & Employment

**Description**

**Life-changers work here**

CareFusion Life-changers find innovative ways to improve our customers' ability to provide healthcare to their patients. One way is our search for bold and inspired employees across the globe. Are you ready to change lives? Join our 15,000 employees to help clinicians solve some of healthcare's most critical challenges.

***Meet one of our Life-changers.*** http://www.youtube.com/carefusion
CareFusion is seeking a talented junior attorney to join as Senior Counsel-Labor & Employment. The position is located in San Diego, California.

Responsibilities:
·Provide advice and counseling for Human Resources organization in support of the Americas including assisting on employee relations, HR compliance and ADA/ leave of absence issues
·Drafting and revising employment related agreements and policies, including severance agreements, confidentiality agreements, commission plans and other employment related documents
·Proactively manage outside counsel in employment litigation matters
·Advise on employment related aspects of mergers and acquisitions
·Assist with internal investigations and advise on outcomes
·Assist with OFCCP/DOL matters and affirmative action plans and audits
·Inform and train HR and managers on employment law concepts
·Partner with HR on various projects with workforce implications

**Qualifications**

Requirements:

·3-5 years (no more than 5 years) of legal experience at a top-tier law firm with a primary focus on labor and employment law and familiarity with counseling California employers, with some employment litigation experience
·JD degree and member of the California bar
·Candidate must be practical, results-oriented and able to partner effectively with cross-functional teams to provide strategic solutions

Job Description - Senior Counsel- Labor & Employment (14050074)

·Candidate must be a hands-on worker and team player with strong communication and interpersonal skills
·Candidates must be flexible and willing to work extended hours when necessary to connect with HR colleagues in LATAM, APAC and EMEA
·Willing to travel throughout the US and abroad
·Candidates located in Southern California strongly preferred

*LI-CW1

## Requisition ID: 14050074

**Primary Location:** California-San Diego-San Diego - HQ Blds A & B
**Travel:** No
**Schedule:** Full-time
**Job Posting:** Feb 18, 2014, 11:13:45 AM

Apply Online | Add to My Job Cart | ☞ SHARE ■ ￭

Job 2 out of 2 Previous1 **2** Next

➢ TALEO

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

**EXHIBIT B**

# CareFusion

**Welcome. You are signed in.** | My Account Options                     🛒 My Job Cart (0 items) | Sign Out

### Job Search     My Jobpage

Basic Search  |  Advanced Search  |  Jobs Matching My Profile  |  All Jobs

Job 1 out of 1 Previous**1** Next

Apply Online  ⎘ SHARE  ▮ ⌄ ⠇

**Job Description**

# Senior Counsel, Procedural Solutions

**Description**

**Life-changers work here**

CareFusion Life-changers find innovative ways to improve our customers' ability to provide healthcare to their patients. One way is our search for bold and inspired employees across the globe. Are you ready to change lives? Join our 15,000 employees to help clinicians solve some of healthcare's most critical challenges.

***Meet one of our Life-changers.*** http://www.youtube.com/carefusion

Job Title: Senior Counsel, Procedural Solutions

Accountabilities

- Develop a thorough understanding of and familiarity with CareFusion's businesses, its people, products, markets, facilities, customers and competitors in order to provide legal support on commercial transactions.
- Coordinate with other members of legal to drive transactions toward completion, including liaising with key legal, regulatory, human resources, finance, tax, accounting, risk management, treasury, and operating business resources.
- Draft a variety of agreements, assist in negotiating agreements and in structuring key transaction terms in a manner that helps the business achieve its objectives while at the same time appropriately valuing legal, regulatory and tax directives and considerations.
- Establish rapport and a working relationship with management at all levels to encourage and continue the proactive use of in-house legal counsel.
- Perform special assignments or projects without significant supervision.

Job Family Summary
Responsible for providing Legal advice, counsel and services for commercial transactions, including contracts, licensing, and other arrangements, and responsible for negotiating and preparing the applicable agreements.

What is expected of you for success in your role

- Anticipates and analyzes business and legal transactional issues across multiple disciplines
- Advises clients on complex business and legal transactional risks
- Provides strategic solutions and course of action with respect to such risks
- Proactively identifies an unmet need or gap in transactional process (e.g., legal or compliance issues)
- Takes responsibility for the outcome of a substantial portion of a project
- Reports to Assistant General Counsel, Procedural Solutions

*LI-CW1

## Qualifications

- 3 to 7 years (no more than 7 years) of relevant legal experience. Large law firm experience is preferred.
- Law degree from an accredited law school with a strong academic record. Licensed to practice law in at least one jurisdiction in the United States.
- A business partner (a business person's lawyer) with excellent judgment, particularly in determining the significance of legal matters and effectively measuring risks.
- Ability to assume complex projects, create and present a plan of action, and independently manage or assist on projects to favorable resolution or conclusion.
- Ability to work autonomously yet liaise effectively with the business teams and shared services functions.
- Excellent communication skills, both written and oral, with ability to synthesize complex legal issues to essential elements for clients throughout the organization with different abilities and responsibilities.
- Strong organizational skills to prioritize and manage or assist on multiple time-sensitive projects simultaneously; willingness to assume heavy workload to meet timing and project needs.
- Willingness to be trained on CareFusion ethics policies; international entity structures; and corporate directives.
- Knowledge of and experience in healthcare, medical devices and/or pharmaceuticals is preferred.

## Requisition ID: 1405005M

**Primary Location:** Illinois-Vernon Hills-Vernon Hills
**Travel:** Yes, 15 % of the Time
**Schedule:** Full-time
**Job Posting:** Mar 3, 2014, 10:15:49 AM

Apply Online | SHARE

Job 1 out of 1 Previous**1** Next

TALEO

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

Job Opportunity - CareFusion

**EXHIBIT C**

 **CareFusion**

**Dale Kleber, you are signed in. |** My Account Options

🛒 My Job Cart (0 items) | Sign Out

**Job Search     My Jobpage**

Basic Search | Advanced Search | Jobs Matching My Profile | All Jobs

**Every day at CareFusion, we work to improve patient care. By combining clinically proven products and services with actionable intelligence, we're helping to solve some of healthcare's most difficult challenges. Join us.**

**Search Criteria**

Specify your job search criteria, then click "Search for Jobs".

Hide Search Criteria | Save this Search

Job Number

Keywords

Job Field

Job Field

| All | ▼ |

**Add Job Field**

Location

Location

| All | ▼ |

**Add Location**

Search for Jobs | Clear

**Search Results (150 jobs found)**

Results per page

| 10 | ▼ |

Sort by

| Posting Date (Descending Order) | ▼ |

**Search Tips**
You can search jobs by selecting relevant criteria in the drop-down menus. You can also use a job number or a keyword.

**Multiple selections**
You can search for jobs in more than one job field, location and organization. After selecting a value in one of these fields, click "Add..." and make another selection.

**Advanced job search**
To perform a job search using advanced search criteria, click the "Advanced Search" tab and select the relevant criteria.

**Candidate Profile**
Take a few minutes to create or modify your employment profile and to specify your preferred working criteria for future openings matching your interests.
Access my profile

**Icon legend**
🗌 More information

🔸 **Integration Engineer, Networking**     Full-time
Georgia-Atlanta-Georgia - FIELD, Florida-Tallahassee-Florida - FIELD, Florida-Tampa More...
Job Posting:Mar 3, 2014-Requisition ID 1305019R
Apply | Add to My Job Cart | 🔗 SHARE 🔲⌐⊤�557

ᴊob Opportunity - CareFusion

### Senior Sales Consultant–Pharmacy Automation  Full-time
California-Los Angeles-California FIELD - Los Ang Mtr, California-Los Angeles, California-San Diego  More...
Job Posting:Mar 3, 2014-Requisition ID 1305016U
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Technical Support Representative (Quebec)  Full-time
Quebec-Quebec-Quebec
Job Posting:Feb 24, 2014-Requisition ID 130501EM
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Sales Representatives - Inside Sales - Vernon Hills, IL  Full-time
Illinois-Vernon Hills-Vernon Hills
Job Posting:Feb 21, 2014-Requisition ID 14050033
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Purchasing Specialist  Full-time
Colorado-Englewood-Englewood - East Lansing Circle
Job Posting:Jan 30, 2014-Requisition ID 1405003K
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Senior Financial Sales Consultant - Pyxis®  Full-time
Texas-Dallas-Texas - FIELD Dallas Metro, Louisiana-New Orleans, Georgia-Atlanta-Georgia - FIELD  More...
Job Posting:Jan 9, 2014-Requisition ID 13050115
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Advisor, Tax Accounting  Full-time
California-San Diego-San Diego - HQ Blds A & B
Job Posting:Mar 5, 2014-Requisition ID 1405009Q
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Project Manager  Full-time
Texas-Dallas-Texas - FIELD Dallas Metro
Job Posting:Mar 5, 2014-Requisition ID 1405001W
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Senior Principal Software Engineer  Full-time
California-Yorba Linda-Yorba Linda - Savi Ranch
Job Posting:Mar 5, 2014-Requisition ID 14050095
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

### Principal Software Engineer  Full-time
California-Yorba Linda-Yorba Linda - Savi Ranch
Job Posting:Mar 5, 2014-Requisition ID 14050096
Apply | Add to My Job Cart | ⛯ SHARE  ▉ ⬧ ⬚ ⌄

Jobs - Page 1 out of 15 Previous | **1** 2 3 4 5 | Next

Legend:
- ▌ Urgent need job
- 🖿 Added to the job cart
- ▢ Draft submission
- ▭ Completed submission

ob Opportunity - CarcFusion

**TALEO**

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

## EXHIBIT D

 **CareFusion**

**Job Description**

## Sales Representatives - Inside Sales - Vernon Hills, IL

**Description**

**Life-changers work here**

CareFusion Life-changers find innovative ways to improve our customers' ability to provide healthcare to their patients. One way is our search for bold and inspired employees across the globe. Are you ready to change lives? Join our 15,000 employees to help clinicians solve some of healthcare's most critical challenges.

***Meet one of our Life-changers.*** http://www.youtube.com/carefusion

Our Inside Sales Team:

This business is being relocated to our Vernon Hills, Illinois headquarters and we are looking for future leaders. This is a groundbreaking opportunity to join a growing medical device company, become a seasoned sales representative, gain exposure to other facets of the business, and be provided future growth opportunities. We have multiple positions available supporting various business units within CareFusion.

Job Title: Sales Representative
Department: Inside Sales
Reports to: Regional Sales Manager

Job Summary:

The sales representative is responsible for driving sales to new and/or existing customers through telephone contact (85%) or face to face (15%) to meet individual and organizational sales objectives

Major Job Responsibilities:

- Responsible for managing, prospecting, and building relationships within an assigned territory in order to increase revenue growth and customer satisfaction. Focus areas will include driving new business as well as increasing penetration in existing accounts. Includes the sale of medical supplies and devices that have a medium length sales cycle.
- Responsible for the management of the sales pipeline and monthly forecasting of the business
- Responsible for presenting quarterly business updates to the business units executive leadership team
- Responsible for $500K - $1.5M in Sales

*LI-CW1

**Qualifications**

Minimum Qualifications:

- Bachelor's Degree Required
- 1-3 years of sales experience; however will look at new graduates with a minimum of a 3.2 GPA
- Ability to travel 15% of the time
- Strong knowledge of Microsoft Office
- Self-motivated, attention to detail, strong problem-solving and time management skills

- Ideal candidates will be able to consider future relocation opportunities for growth into field sales.

**Requisition ID: 14050033**
**Primary Location:** Illinois-Vernon Hills-Vernon Hills
**Travel:** Yes, 10 % of the Time
**Schedule:** Full-time
**Job Posting:** Feb 21, 2014, 12:36:10 PM

Apply Online | Add to My Job Cart | SHARE

Job 4 out of 150 Previous1 2 3 **4** 5 Next

› TALEO

© 2012 Cornerstone Corporation and/or its affiliates. All rights reserved.

Job Description - Purchasing Specialist (1405003K)

**EXHIBIT E**

 **CareFusion**

**Dale Kleber, you are signed in.** | My Account Options

🛒 My Job Cart (0 items) | Sign Out

**Job Search     My Jobpage**

Basic Search | Advanced Search | Jobs Matching My Profile | All Jobs

Job 5 out of 150 Previous1 2 3 4 **5** Next

| Apply Online | Add to My Job Cart | ⟳ SHARE  ⨍ |

**Job Description**

# Purchasing Specialist

**Description**

**Description:**
Ensure an uninterrupted supply of materials to support production and sales. Work to resolve Materials issues while achieving and maintaining Inventory business metrics.

**Key responsibilities include:**
• Overall ownership of material ordering and availability
• Oracle and Digital Cockpit expert
• Expedite part shortages
• Daily Shortage root cause investigation and resolution
• Communication with suppliers - packaging, min/max planning. PCNs, as they relate to old/existing parts
• Conduct daily walks on the floor and the receiving dock to investigate and resolve material issues
• Support material aspects of transfers, which includes Integrated Supplier Program
• Field Modification Instruction, as appropriate - ordering material, formulating schedules
• Manage Phase In / Phase Out (NPI) to minimize obsolete material

**Qualifications**

- Associates degree
- 3-5 years experience in materials or production scheduling
- Computer proficiency
- Excellent Interpersonal Skills

**Preferred Qualifications:**
APICS Certification
Oracle knowledge and experience

## Requisition ID: 1405003K
**Primary Location:** Colorado-Englewood-Englewood - East Lansing Circle
**Travel:** No
**Schedule:** Full-time
**Job Posting:** Jan 30, 2014, 6:00:00 PM

**Refer a friend for this job**
Tell us about a friend who might be interested in this job. All privacy rights will be protected.
Refer a friend

Job Description - Purchasing Specialist (1405003K)

Apply Online | Add to My Job Cart | ⊂ SHARE  ▐ ⁝⁝⁝

Job 5 out of 150 Previous1 2 3 4 **5** Next

> **TALEO**

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

**EXHIBIT F**

 **CareFusion**

**Dale Kleber, you are signed in.** | My Account Options          🛒 My Job Cart (0 items) | Sign Out

**Job Search     My Jobpage**

Basic Search  |  Advanced Search  |  Jobs Matching My Profile  |  All Jobs

Job 7 out of 150 Previous6 **7** 8 9 10 Next

Apply Online | Add to My Job Cart | ⧉ SHARE  🔳

**Job Description**

## Advisor, Tax Accounting

**Description**

**Life-changers work here**

CareFusion Life-changers find innovative ways to improve our customers'
ability to provide healthcare to their patients. One way is our search for bold
and inspired employees across the globe. Are you ready to change lives? Join
our 15,000 employees to help clinicians solve some of healthcare's most
critical challenges.

***Meet one of our Life-changers.*** http://www.youtube.com/carefusion

**Job Title:** Advisor, Tax Accounting
**Job Family Group (Function):** Finance - Center of Expertise
**Job Family:** Tax Accounting

**Job Family Summary**

Tax Accounting is responsible for maintaining CareFusion's books and records
under GAAP, company policy, and SEC reporting requirements as they relate
to tax matters.

**Primary Responsibilities:**
   Review and preparation of the quarterly and year-end FAS 109 tax
provisions
   Research relevant federal and state tax topics as requested and prepare
written summations.
   Work as a liason with General Accounting and Tax related requests.
   Assist with the integration of acquisitions
   Establish and maintain good communications and working relationships
with business units
   Work with the Tax Planning group to ensure proper implementation of tax
planning strategies into the income tax provision/compliance process
   Coordinate requests from internal and external audit teams.
   Coaches and trains tax analysts and interns
   Other projects as required

**Qualifications**

Job Description - Advisor, Tax Accounting (1405009Q)

**Education or Equivalent:** BS/BA in Accounting/Finance, CPA or Advanced Degree a plus
**Experience or Equivalent:** 3 -7 years large public accounting experience or related large corporate tax experience

**Knowledge/Skills Requirements:**
• RIA OneSource software experience helpful.
• History of successful supervisory skills indicating sound business decision making.
• Strong financial acumen.
• Well-developed problem solving capabilities.
• Ability to perform tax research in an efficient manner.
• Excellent verbal, written, and interpersonal skills with a demonstrated ability to develop strong relationships with customers, peers, subordinates, and a general employee population.
• Proven ability to work independently in an entrepreneurial, unstructured environment.
• Successful track record of team building
• Proficient in general office environment software.


## Requisition ID: 1405009Q
**Primary Location:** California-San Diego-San Diego - HQ Blds A & B
**Travel:** No
**Schedule:** Full-time
**Job Posting:** Mar 5, 2014, 1:47:09 PM


Apply Online | Add to My Job Cart | ☼ SHARE

Job 7 out of 150 Previous6 **7** 8 9 10 Next


TALEO

© 2010 CareFusion Corporation or one of its affiliates. All rights reserved.

Prescreening Questions

**EXHIBIT G**

# CareFusion

**Dale Kleber, you are signed in.** | My Account Options

🛒 My Job Cart (0 items) | Sign Out

**Job Search    My Jobpage**

**Applying for:  Senior Counsel, Procedural Solutions (Job Number: 1405005M)**

Step 4 out of
9 | Print/Email

❮    Work & Education    **Prescreening Questions**    Questionnaire    Attachments    Diversity    eSignature    Summary    ❑

| Save and Continue | Save as Draft |

---

You must answer the following mandatory question: Please indicate how many years of experience you have in a related field

---

## Prescreening Questions

Hold down the **Ctrl** key (**Command** key for Mac) to make multiple selections or to clear items.
Mandatory fields are marked with an asterisk. ✱

**Questionnaire**

Please answer the following questions as accurately as possible.

✱1.Please indicate your highest level of education
- ○ High School/GED
- ○ Associate's Degree
- ○ Bachelor's Degree
- ○ Master's Degree
- ◉ Ph.D.
- ○ None of the above

✱2.Please indicate how many years of experience you have
- ○ No experience
- ○ 0-2 years
- ○ 2-4 years
- ○ 4-6 years
- ○ 6-8 years
- ○ 8-10 years
- ○ 10-12 years
- ◉ 12+ years

✱3.Please indicate how many years of experience you have in a related field
- ○ No experience
- ○ 0-2 years
- ○ 2-4 years
- ○ 4-6 years
- ○ 6-8 years
- ○ 8-10 years
- ○ 10-12 years
- ◉ 12+ years

**EXHIBIT F**

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Dale E. Kleber<br>120 E. Walnut Street<br>Hinsdale, IL 60521 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-02884 | Joseph E. Kuhel,<br>Investigator | (312) 869-8039 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Julianne Bowman_     12/02/2014

Julianne Bowman,     (Date Mailed)
Acting District Director

Enclosures(s)

cc: **Shelly Ward**
**Manager, Employee Relations and Claims**
**CAREFUSION CORPORATION**
**3750 Torrey View Court**
**San Diego, CA 92130**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2014-02884 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Dale E. Kleber | (630) 887-7964 | 01-12-1956 |

**Street Address**     City, State and ZIP Code
120 E. Walnut Street, Hinsdale, IL 60521

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CAREFUSION CORPORATION | 500 or More | (847) 362-8900 |

**Street Address**     City, State and ZIP Code
75 N. Fairway Drive, Vernon Hills, IL 60061

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

**Street Address**     City, State and ZIP Code

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest     Latest
03-06-2014

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I applied for a Senior Counsel position with Respondent in or around March 2014. I was not hired.

I believe that I have been discriminated against because of my age, 58 (Date of Birth: January 12, 1956), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

AUG 0 8 2014

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Aug 08, 2014 | *Dale E Kleber* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | |