**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DALE E. KLEBER, | |
| Plaintiff, | Civil Action No. 1:15-cv-01994 |
| v. | Honorable Sharon Johnson Coleman |
| CAREFUSION CORP., | Magistrate Judge Mary M. Rowland |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dale E. Kleber ("Plaintiff") and Defendant CareFusion Corp. ("CareFusion"), by their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), submit this Stipulation of Dismissal with Prejudice of Plaintiff's disparate treatment claim, and in support state as follows:

1. On March 5, 2015, Plaintiff filed a two-count Complaint against CareFusion alleging violation of the Age Discrimination in Employment Act of 1967, as amended ("ADEA"); and on July 7, 2015, Plaintiff filed an Amended Complaint: Count I - alleged a violation of the ADEA founded on a legal theory of disparate treatment; Count II - alleged a violation of the ADEA founded on a legal theory of disparate impact.

2. On November 23, 2015, this Court granted, in part, CareFusion's Motion to Dismiss and dismissed Count II.

3. On February 6, 2016, this Court denied Plaintiff's motion to reconsider or to certify an interlocutory appeal of this Court's order dismissing Count II with prejudice.

4. The parties have reached a written agreement (Agreement) to dismiss with prejudice Plaintiff's disparate treatment claim (Count I); with each party to bear its own costs and fees.

5. The Agreement includes Plaintiff's consent to waive any and all appeal rights in regard to Count I.

6. The Agreement does not limit Plaintiff's right to appeal the dismissal of his disparate impact claim (Count II), and, if such a claim is revived on appeal, Plaintiff's right to pursue a finding of liability and to seek appropriate relief on Count II.

7. The Agreement includes the parties' mutual commitment not to disclose the terms of their Agreement beyond the disclosures contained herein.

8. This Joint Stipulation of Dismissal with Prejudice of Plaintiff's remaining pending claim is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: January 10, 2017   Respectfully submitted,

By: /s/ Daniel B. Kohrman
One of the Attorneys for Plaintiff
**DALE E. KLEBER**

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, Illinois 60637

Daniel B. Kohrman (*pro hac vice*)
Laurie A. McCann (*pro hac vice*)
Dara S. Smith (*pro hac vice*)
**AARP FOUNDATION LITIGATION**
601 E Street, NW
Washington, DC 20049

By: /s/ Colleen G. DeRosa
One of the Attorneys for Defendant
**CAREFUSION CORPORATION**

Tobias E. Schlueter (ARDC No. 6278392)
Colleen G. DeRosa (ARDC No. 6301589)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2017, a true and accurate copy of the foregoing was served on the following counsel through the Court's electronic filing system:

Tobias Edward Schlueter
Colleen Grace DeRosa
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 558-1220

Counsel for CareFusion

                                                /s/ Daniel B. Kohrman
                                                Daniel B. Kohrman

                                                Counsel for Plaintiff Dale E. Kleber