UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DALE E. KLEBER,

    Plaintiff,                                     Civil Action No. 1:15-cv-01994

v.                                           Honorable Sharon Johnson Coleman

CAREFUSION CORP.,                Magistrate Judge Mary M. Rowland

    Defendant.

### NOTICE OF APPEAL

Notice is hereby given, on this 1st day of February, 2017, that Dale E. Kleber, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court entered in this action on November 23, 2015, dismissing Count II of Plaintiff's First Amended Complaint (the disparate impact Count), incorporated and made final in the Stipulation of Dismissal With Prejudice entered in this action by the District Court on January 10, 2017.

Plaintiff also hereby gives notice of his appeal of the final order entered by the District Court on January 30, 2017 – which order granted Plaintiff's motion for a final judgment order and dismissed this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' January 10, 2017 Stipulation of Dismissal – insofar as the District Court's January 30, 2017 order constitutes a final order dismissing with prejudice Plaintiff's disparate impact claim.

Dated: February 1, 2017           By: /s/ Daniel B. Kohrman

                                                  One of the attorneys for plaintiff Dale E. Kleber

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, IL   60637
(773) 551-5350

Daniel B. Kohrman (*pro hac vice*)
Laurie A. McCann (*pro hac vice*)
Dara A. Smith (*pro hac vice*)
AARP Foundation Litigation
601 E Street, NW
Washington, D.C.  20049

Counsel; for Plaintiff Dale E. Kleber

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2017, a true and accurate copy of the foregoing was served on the following counsel through the Court's electronic filing system:

**Tobias Edward Schlueter**
**Colleen Grace DeRosa**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
(312) 673-7800

Counsel for Defendant

/s/ Daniel B. Kohrman
Counsel for Plaintiff Dale E. Kleber

Daniel B. Kohrman (*pro hac vice*)
AARP Foundation Litigation
601 E Street, NW
Washington, D.C.  20049
202-434-2064
dkohrman@aarp.org